**Rubin George WESER, Plaintiff–Appellant,**

v.

**Kristin Booth GLEN, et al., Defendants–Appellees.**

**Docket No. 01–9251.**

United States Court of Appeals, Second Circuit.

Aug. 15, 2002.

Rubin George Weser, pro se, Whitestone, NY, for Appellant.

Benjamin J. Lee, Assistant Attorney General of the State of New York, New York, N.Y. (Eliot Spitzer, Attorney General, and Marion R. Buchbinder, Assistant Solicitor General, on the brief), for Appellees.

PRESENT: JACOBS, CABRANES and F.I. PARKER, Circuit Judges.

### *SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Plaintiff–Appellant Rubin George Weser appeals from the judgment entered in the United States District Court for the East-

ern District of New York (Dearie, *J.*) granting defendants-appellees' motion for summary judgment. We affirm because Weser has failed to identify any error or abuse of discretion by the district court that warrants reversal or remand.

The judgment of the district court is hereby AFFIRMED.